IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 22-6004-CR-W-HFS |
| ) | |
| KEITH T. MIMS ) | |
| ) | |
| Defendant. ) | |

ORDER

After review of the record, and for reasons stated in the Report and Recommendation (Doc. 32), which is hereby ADOPTED, it is concluded that defendant is competent to stand trial.

SO ORDERED.

                                                             */s/ Howard F. Sachs*
                                                          HOWARD F. SACHS
                                                          UNITED STATES DISTRICT JUDGE

Dated: May 31, 2023
Kansas City, Missouri