# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 22-06004-01-CR-SJ-HFS |
| ) | |
| KEITH T. MIMS, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On September 6, 2022, the Grand Jury returned a five-count Second Superseding Indictment charging Defendant Keith T. Mims with one count of being a felon in possession of a firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2) (Count One), two counts of being a felon in possession of a firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(e) (Counts Two and Three), possession with intent to distribute a mixture or substance containing a detectable amount of methamphetamine (Count Four), and possession of a firearm in furtherance of a drug trafficking offense (Count Five).

The Government has indicated on the record that they intend to dismiss Court One prior to trial.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
      Government: Kenneth W. Borgnino and Stephanie Carol Bradshaw
        Case Agent: Special Agent Timothy Phipps, ATF
     Defense: *pro se*

**OUTSTANDING MOTIONS**: No outstanding motions.

**TRIAL WITNESSES**:
      Government: 7 with stipulations; 10 without stipulations
      Defendant: possibly 1 witness (the Defendant)

**TRIAL EXHIBITS:**
      Government: approximately 40 exhibits
      Defendant: approximately 0 exhibits

**DEFENSES**: General denial

**POSSIBLE DISPOSITION**:
    ( ) Definitely for trial; ( ) Possibly for trial; (X) Likely a plea will be worked out

**TRIAL TIME: 3 days total**
    Government's case including jury selection: 2 to 2½ day(s)
    Defendant: ½ day

**STIPULATIONS**: None at this time.

**UNUSUAL QUESTIONS OF LAW:** None.

**FILING DEADLINES:**

    **Witness and Exhibit Lists**
        Government: None filed. **Due on or before May 21, 2024.**
        Defendant: None filed. **Due on or before May 21, 2024**.

    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, if required by the District Court, Voir Dire, Jury Instructions: Due on or before May 29, 2024.**

**Please Note**: Jury instructions must comply with Local Rule 51.1

    **Motion in Limine: Due on or before May 29, 2024.**

**TRIAL SETTING**: Criminal jury trial docket set for June 3, 2024.

    **Please note:** The parties request the second week of the docket due to witness availability. Additionally, Government counsel will be out of the office the first week of the docket.

    **IT IS SO ORDERED.**

                                       */s/ Lajuana M. Counts*
                                         LAJUANA M. COUNTS
                                         UNITED STATES MAGISTRATE JUDGE